**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division**

Juan D. Garza
                           Plaintiff,

v.                                        Case No.: 1:16−cv−09712
                                              Honorable Gary Feinerman

Nationstar Mortgage, LLC
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 1, 2017:

      MINUTE entry before the Honorable Gary Feinerman:As the parties request in their Notice of Settlement [28], this case is stayed through 4/14/2017. Defendant's motion to dismiss [17] is denied without prejudice to renewal if the settlement falls through. Status hearing set for 3/23/2017 [27] is stricken and re−set for 4/17/2017 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.